**SHA-1 Hash:** AC3911D3F8C9B999D93812751A30816B312E6F5A    **Title:** Angel Seaside Romp
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 67.87.228.151 | 1/13/2012 22:00 | Ossining | NY | Optimum Online | BitTorrent |
| 2 | 69.119.234.150 | 1/7/2012 0:29 | Yonkers | NY | Optimum Online | BitTorrent |
| 3 | 69.125.2.74 | 3/4/2012 16:31 | White Plains | NY | Optimum Online | BitTorrent |
| 4 | 71.241.157.76 | 1/7/2012 13:38 | New Rochelle | NY | Verizon Internet Services | BitTorrent |

EXHIBIT A

KSNY5