*Crotty, J*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-14-2012
```

-----------------------------------------------------X

MALIBU MEDIA, LLC,

                             Plaintiff,

             vs.

JOHN DOES 1-4,

                          Defendants.

-----------------------------------------------------X

Civil Action No. 1:12-cv-02953-PAC

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF ALL JOHN DOE DEFENDANTS

     **PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses all John Doe Defendants, from this action without prejudice. Defendants were issued the IP addresses 67.87.228.151, 69.119.234.150, 69.125.2.74 and 71.241.157.76, respectively. Plaintiff has recently received the names and identifying information of many of the Defendants in this case and is unable to coordinate service of process to properly serve these Defendants by the Rule 4(m) deadline. Plaintiff plans on further investigating and confirming the information provided by the Internet Service Provider and will re-file and serve each Doe Defendant if deems necessary. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

     Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

     Dated: August 13, 2012

1

Respectfully submitted,

By: /s/Jason Kotzker
Jason Kotzker
jason@klgip.com
KOTZKER LAW GROUP
9609 S. University Blvd. #632134
Highlands Ranch, CO 80163
Phone: 303-875-5386
*Attorney for Plaintiff*

**SO ORDERED**

Paul A. Crotty     8/14/2012

_____
**U.S.D.J.**

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/Jason Kotzker
Jason Kotzker

2